No. 6,476.—ROCKWOOD BROWN, Respondent, *v.* CARMEN G. THUERER, Appellant.

Decided April 7, 1930.

PER CURIAM.—Pursuant to stipulation of counsel, the appeal in this cause is ordered dismissed.

*Messrs. Wood & Cooke,* for Appellant.

*Messrs. Brown, Wiggenhorn & Davis,* for Respondent.

No. 6,621.—In re Estate of ELIZABETH W. JENNINGS, Deceased. JAMES G. WOODS, Appellant, *v.* HARVEY L. WOODS et al., Respondents.

Decided April 21, 1930.

PER CURIAM.—Pursuant to stipulation of counsel, the appeal herein is dismissed.

*Messrs. Gibson & Smith,* for Appellant.

*Mr. Horace S. Davis* and *Mr. E. Pat Kelly,* for Respondents.